# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Oliver Yardley** | JUVENILE: No |
| DEFENSE ATTORNEY:<br>Address:<br>Telephone No.: | PUBLIC or SEALED: Sealed<br>SERVICE TYPE: Warrant<br>(Summons or Warrant or Notice (if Superseding))<br>ISSUE: Yes |
| INVESTIGATIVE AGENT: Jonathan Riggs<br>Telephone No.: (208) 859-4053<br>AGENCY: Federal Bureau of Investigation | INTERPRETER: No<br>If YES, language: |
| CASE INFORMATION: Related to *U.S. v. Ashley Cates*, 1:20-cr-00213-DCN | RELATED COMPLAINT: No<br>CASE NUMBER: |

*Stamp: U.S. COURTS APR 14 2021 Rev... Filed... Time... STEPHEN W. KENYON CLERK, DISTRICT OF IDAHO*

*Handwritten: CR 21-119-S BLW*

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | **Payette** |
| Class A Misdemeanor: | No | Estimated Trial Time: | **3 days** |
| Class B or C Misdemeanor:<br>(Petty Offense) | No | | |

| STATUTE<br>(Title and Section(s)) | COUNT/<br>FORFEITURE<br>ALLEGATION | BRIEF DESCRIPTION | PENALTIES<br>(Include Supervised Release<br>and Special Assessment) |
|---|---|---|---|
| 18 U.S.C. § 2, 21 U.S.C. § 841(a)(1) and (b)(1)(B) | ONE THROUGH THREE | Distribution of Methamphetamine | At least 5 and no more than 40 years of imprisonment and/or a $5,000,000 fine, at least 4 years supervised release, $100 Special Assessment |
| 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846 | FOUR | Conspiracy to Distribute Methamphetamine | At least 5 and no more than 40 years of imprisonment and/or a $5,000,000 fine, at least 4 years supervised release, $100 Special Assessment |
| 18 U.S.C. § 922(g)(1) | FIVE | Unlawful Possession of Firearms | Up to 10 years prison, 3 years supervised release, $250,000 fine, $100 Special Assessment |
| 21 U.S.C. § 853 | FORFEITURE ALLEGATION | Drug Forfeiture | Forfeiture of listed property |

Date: 13 April 2021     Assistant U.S. Attorney: CHRISTOPHER S. ATWOOD *CSA*
                        Telephone No.: (208) 334-1211