# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | SEALED *WARRANT FOR ARREST* |
| v. | |
| OLIVER YARDLEY | 1:21-CR-119-BLW |

**RECEIVED**
By United States Marshals Service at 5:43 pm, Apr 15, 2021

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **OLIVER YARDLEY** and bring forthwith to the nearest magistrate judge to answer a **INDICTMENT** charging with the below listed violations.

18 U.S.C. §2, 21 U.S.C §841(a)(1) and (b)(1)(B) – DISTRIBUTION OF METHAMPHETAMINE
21 U.S.C §841(a)(1) and (b)(1)(B) and 846 – CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE
18 U.S.C. §922(g)(1) – UNLAWFUL POSSESSION OF FIREARMS



United States Courts
District of Idaho
ISSUED
Annie Williams
on Apr 15, 2021 12:00 pm

| | |
|---|---|
| Annie Williams, Deputy Clerk | April 15, 2021 |
| Name and Title of Issuing Officer | Date |

**RETURN**

This warrant was received ___04.15.21___ and executed with the arrest of the above-name individual at _____.

Subject was arrested by FBI Agent C. Odenborg in Caldwell Idaho
_____

| | |
|---|---|
| _____ | 04.22.2021 _____ |
| Signature of Arresting Officer | Date of Arrest |

_____
Name & Title of Arresting Officer