# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

☒Video Arraignment
☒Initial Appearance
☒Government's Motion for Detention CONTINUED
☒Detention Hearing will be held on Thursday, April 29, 2021 at 11 a.m. via video.

| | |
|---|---|
| MAGISTRATE JUDGE: Ronald E. Bush | DATE: April 26, 2021 |
| DEPUTY CLERK/ESR: Jackie Hildebrand | TIME: 9:30 am – 9:45 am via Zoom Boise, ID |

## UNITED STATES OF AMERICA vs. OLIVER YARDLEY
### 1-21-cr-00119-BLW-1

Counsel for: United States (AUSA): Christopher Atwood
Defendant: Craig Durham, CJA Counsel
USPO: Gavin Zickefoose

☒Defendant placed under oath and waives personal appearance.
☒Defendant appears on a warrant/indictment. Defendant has read the indictment
☒Court reviewed the record.
☒Constitutional Rights to Jury Trial and Counsel advised.
☒Maximum Penalties Provided.
☒Notice given re *Brady v Maryland* to defendant and counsel.
☒Financial Affidavit reviewed/qualified and Court appointed the Craig Durham to represent the defendant.

☒Indictment   ☐Information   ☐Complaint
☒Copy furnished to defendant/understand the charges and maximum penalties
☐Read by Clerk   ☒Waived reading   ☐Read by Interpreter

PLEA: **NOT GUILTY** entered by the defendant and denial of the forfeiture.

☒Counsel made elections to the Procedural Order. No search warrants.

The Jury Trial is set for 6/28/2021 at 1:30 p.m. in Boise, Idaho before District Judge B. Lynn Winmill. A telephonic pre-trial readiness conference is set for 6/17/2021 at 4:00 p.m. before Judge Winmill. Counsel for the Government is directed to initiate the call.

☒Defendant requested a continuance on the Detention Hearing. The Court entered a Temporary Order of Detention. The Detention Hearing set for April 29, 2021 at 11 a.m. (Mountain Time) before Judge Ronald E. Bush via Zoom.

☒Court will enter an Order of Temporary Detention, pending the Detention Hearing.
☒Parties may keep copy of Bail Report; So Ordered.
☒Defendant remanded to the custody of the U.S. Marshal.