# UNITED STATES MAGISTRATE COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

☒Video Detention Hearing
☒Government's Motion for Detention: WITHDRAWN

| | |
|---|---|
| **MAGISTRATE JUDGE: Ronald E. Bush** | DATE: April 29, 2021 |
| DEPUTY CLERK/ESR: Jackie Hildebrand | TIME: 11:00 am – 11:25 am |
| | Via Zoom |
| | Boise, IDAHO |

## UNITED STATES OF AMERICA vs. OLIVER YARDLEY
## 1-21-cr-00119-BLW-1

Counsel for: United States (AUSA): Christopher Atwood
　　　　　　Defendant: Craig Durham, CJA Counsel
　　　　　　USPO: Gavin Zickefoose

☒Defendant placed under oath.  Waived personal appearance for today's proceeding.
☒Court reviewed the record.
☒Constitutional rights to hearings and counsel advised.
☒Government stated they would withdraw their Motion for Detention, with additional conditions of release.
☒Defense counsel stands on the Memorandum submitted (dkt. 13)
☒Government requested the additional conditions:  Include confidential source.  The wife should be allowed communications with the defendant.  Location monitoring should be implemented if pretrial services concur.
☒Defense counsel concurs with the Government's suggestion of additional conditions, as stated on the record. Medical appointment exceptions should be included for the defendant to transport his stepson.

☒Court reviewed proposed conditions of release.

☒**ORDER:** Court denied the Government's Motion for Detention and entered Order Setting Conditions of Release as stated on the Record.

☒  Defendant may be released after processing.