RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
KEVIN T. MALONEY, IDAHO STATE BAR NO. 5095
CHRISTOPHER S. ATWOOD, IDAHO STATE BAR NO. 7013
ASSISTANTS UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 1:21-CR-00119-BLW |
|---|---|
| Plaintiff, | **NOTICE OF GOVERNMENT'S INTENT REGARDING FORFEITURE** |
| vs. | |
| OLIVER RABIT YARDLEY, | |
| Defendant. | |

Notice is hereby given by Plaintiff, United States of America, by and through Rafael M. Gonzalez, Jr., Acting United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, Kevin T. Maloney, that the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) notified the United States that the property identified in the firearm forfeiture allegation of the indictment were purchased by ATF, and are therefore already owned by the United States and do not need to be forfeited. As a result, the government will no longer be pursuing forfeiture of the following items in this judicial proceeding:

NOTICE OF GOVERNMENT'S INTENT REGARDING FORFEITURE - 1

A. <u>Seized personal Property:</u>

1. a Ruger, Model P90, .45 ACP caliber pistol, bearing serial number 661-44857; and

2. a Cobra Enterprises of Utah, Model CA-380, .380 caliber pistol, bearing serial number CP093917.

The United States' intent regarding forfeiture may change if factual or legal circumstances change.

Respectfully submitted this 19th day of July, 2021.

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:

*/s/ Kevin T. Maloney*
KEVIN T. MALONEY
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 19th, 2021, the foregoing **NOTICE OF GOVERNMENT'S INTENT REGARDING FORFEITURE** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s) by:

| | |
|---|---|
| Craig Durham<br>Ferguson Durham, PLLC<br>223 N. 6th Street, Suite 325<br>Boise, ID 83702<br>chd@fergusondurham.com | ☐ United States Mail, postage prepaid<br>☐ fax<br>☒ ECF filing<br>☐ email |

                                               */s/ Miranda Thompson*
                                               Miranda Thompson
                                               FSA Paralegal