CRIMINAL PROCEEDINGS – **Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge B. Lynn Winmill          Date: November 10, 2021
Case No. 1:21-cr-119           Deputy Clerk: Jamie Gearhart
Place: Boise                   Reporter: Anne Bowline
                               Time: 11:01 – 11:42 a.m.


UNITED STATES OF AMERICA vs OLIVER YARDLEY

Counsel for United States – Erin Blackadar
Counsel for Defendant – Craig Durham
Probation – Caitlyn O'Very

(X)  The Court reviewed the case history.
(X)  Counsel made sentencing recommendations to the Court.
(X)  The Court granted the Government's motion for 3rd point
     reduction for acceptance of responsibility.
(X)  Guideline range calculations with a criminal history category
     of V:
          Mixture - Adjusted offense level 23. Guideline range 84-
          105 months.
          Pure Methamphetamine – Adjusted offense level 31.
          Guideline range 168-210 months.
(X)  The Court adopted the Presentence Report.
(X)  Court addressed 3553(a) factors.

SENTENCE: Defendant is hereby committed to the custody of the
Bureau of Prisons to be imprisoned for a term of 76 months.

The defendant shall pay to the United States a special assessment
of $100, which shall be due immediately.

The Court finds the defendant does not have the ability to pay a
fine, therefore the fine is waived.

While in custody, the defendant shall submit nominal payments of
not less than $25 per quarter pursuant to the Bureau of Prisons'
Inmate Financial Responsibility Program.

During the term of supervised release, the defendant shall submit
nominal monthly payments of 10% of gross income, but not less than
$25 per month, unless further modified by the Court.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of 5 years. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

The defendant shall surrender to the institution designated by the Bureau of Prisons as notified by the United State Probation Office. Defendant advised of penalties for failure to surrender

The defendant shall comply with all mandatory, standard, and special conditions of supervised release as outlined in the Sentencing Recommendation (Dkt. 35).

The Court recommends that the defendant be credited with all time served in federal custody, that the defendant participate in the RDAP program, and that the defendant be placed in Sheridan, Oregon.

(X)  Defendant advised of penalties for violation of terms and conditions of supervised release.

(X)  Right to appeal explained.